# Court of Appeals
## Tenth Appellate District of Texas

10-26-00013-CV

In re Lashonda Ennett

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's petition for writ of mandamus, filed on January 12, 2026, is denied. Relator's emergency motion for temporary relief and motion for stay of the trial court proceedings, filed on January 12, 2026, is dismissed as moot.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: January 15, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petition denied
Motion dismissed as moot
OT06

